[No. 3174-1.    Division One.    June 9, 1975.]

THE STATE OF WASHINGTON, Respondent, v. MARSHA FAYE BROWN, Defendant, JOANNE GOSBY, Appellant.

Appeal from a judgment of the Superior Court for King

County, No. 67302, Erle W. Horswill, J., entered June 24, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.